**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,**

**Petitioner,**

**v.**

**CARLOS JIMENEZ-QUEZADA,**

**Respondent.**

**Civil No. 01-806 MJD/SRN**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 18, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Respondent is currently suffering from a mental disease or defect for which he is in need of treatment at a suitable facility within the meaning of 28 U.S.C. § 4245; and

2. Therefore, Respondent is committed to the custody of the Attorney General for care and treatment in a suitable facility, including at the Federal Medical Center, Inpatient Mental Health Unit for psychiatric care and treatment, until the Respondent is no longer in need of such custody for care and treatment or until the expiration of the sentence of imprisonment, whichever occurs earlier.

JUN 19 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

USA v. Carlos Jimenez-Quizaca 01-806

DATED: June 19, 2001.

Judge Michael J. Davis
United States District Court Judge